JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONIVAN DIAZ,<br><br>                  Petitioner,<br><br>         v.<br><br>RAYMOND MADDEN,<br><br>                  Respondent. | Case No. 2:19-cv-01681-CAS (JEM)<br><br>**JUDGMENT** |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

**IT IS HEREBY ADJUDGED** that the action is dismissed with prejudice.

Dated: January 6, 2023

_____
CHRISTINA A. SNYDER
United States District Judge